LAW LIBRARY

NO. 29307

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

CHRISTOPHER GRINDLING, Petitioner/Defendant-Appellant.

2010 JUN -8 PM 12: 20 FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0533)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Christopher Grindling's application for writ of certiorari, filed on May 3, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i,  June 8, 2010.

FOR THE COURT:

*signature*

Associate Justice

Christopher Grindling,
petitioner/defendant-
appellant pro se on
the application

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.